```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ERICK NOLASCO,                                               :
                                                             :
                              Petitioner,                    :
        -against-                                            :
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                              Respondent.                    :
                                                             :
                                                             :
------------------------------------------------------------ x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/7/08

**ORDER REGULATING PROCEEDINGS**

08 Civ. 1930 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court is in receipt of Petitioner's motion for a reduced sentence, pursuant to United States Sentencing Guidelines § 1B1.10. The Petitioner's motion will be held pending a report by the Probation Office. The reports are being prepared according to the release dates of prisoners — the earlier the release date, the earlier the preparation and release of a report. The Court awaits the release of the report, and once it has been received, the Court will advise the Petitioner and the Government of subsequent proceedings.

SO ORDERED.

Dated:   April 29, 2008
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1